IN THE CIRCUIT COURT OF JOHNSON COUNTY, MISSOURI

CHRISTOPHER SNAPP, )
)
    Plaintiff, )
)
vs. ) Case No.: 16JO-CC00119
)
CHARLES M. HEISS, et al., )
)
    Defendants. )

## NOTICE OF REMOVAL TO FEDERAL COURT

To:    Clerk of the Circuit Court
Circuit Court of Johnson County
Johnson County Courthouse
101 W. Market
Warrensburg, Missouri 64093

Lyle M. Gregory
Gregory & Associates
309 S. Washington
Raymore, Missouri 64083
(816) 331-8767; Fax: (816) 331-9967
kctryit@eathlink.net

John W. Stapleton, Jr.
Stapleton Law Firm
1251 N.W. Briarcliff Parkway, Suite 95
Kansas City, MO 64116
(816) 221-7600; Fax: (816) 221-2953
JohnStapleton@PeoplePC.com
ATTORNEYS FOR PLAINTIFF

You are hereby notified that the above-captioned action has been removed from the Circuit Court of Johnson County, Missouri, to the United States District Court for the Western District of Missouri on the 23rd day of February, 2017.

A copy of the Notice of Removal filed in the United States District Court for the Western District of Missouri, is attached hereto as **Exhibit 1**, pursuant to 28 U.S.C. § 1446(d).

{O0333676}     1

**EXHIBIT 1**

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP


  /s/ David S. Baker
David S. Baker     #30347
9229 Ward Parkway, Suite 370
Kansas City, MO 64114
816-523-4667, Ext. 121; Fax: 816-523-5667
dbaker@fisherpatterson.com

and

  /s/ Tracee L. Norfleet
Tracee L. Norfleet     #59930
51 Corporate Woods, Suite 300
9393 W. 110th Street
Overland Park, KS 66210
(913) 339-6757; Fax (913) 339-6187
tnorfleet@fisherpatterson.com

*Attorney for Defendants*

# CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of February, 2017, I electronically filed the foregoing with the Clerk of the Circuit Court of Johnson County, Missouri. I further certify that I have caused to be served on the following a true and correct copy of the above and foregoing by depositing same in the United States Mail, postage prepaid.

Lyle M. Gregory
John W. Stapleton
Gregory & Associates
309 S. Washington
Raymore, Missouri 64083
(816) 331-8767; Fax: (816) 331-9967
kctryit@eathlink.net

John W. Stapleton, Jr.
Stapleton Law Firm
1251 N.W. Briarcliff Parkway, Suite 95
Kansas City, MO 64116
(816) 221-7600; Fax: (816) 221-2953
JohnStapleton@PeoplePC.com
ATTORNEYS FOR PLAINTIFF

                                        /s/ David S. Baker
                                        DAVID S. BAKER